UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-11561 |
| ) | |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MARK HICKS, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NORTHSTAR LOCATION SERVICES, LLC.

DATED:  July 9, 2015          RESPECTFULLY SUBMITTED,

By:  /s/ Michael S. Agruss SBN: 259567
Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave. Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On July 09, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Chief Compliances Officer, Linda M. Leising, at lleising@northstarlocation.com .

By: /s/ Michael S. Agruss
Michael S. Agruss